IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

GLADYS CROSS CAINES, *

        Plaintiff, *

v.         Case No. 5:23-cv-00507-TES-CHW

        *

COMMISSIONER OF SOCIAL SECURITY,

        *

        Defendant.

        *

## JUDGMENT

Pursuant to this Court's Order dated February 18, 2025, and for the reasons stated therein, JUDGMENT is hereby entered remanding the decision to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

This 18th day of February, 2025.

        David W. Bunt, Clerk

        s/ Raven K. Alston, Deputy Clerk