IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

GLADYS CAINES, o/b/o J.L.C.,

    Plaintiff,

- against –

Commissioner Of Social Security
    Defendant.

No.: 5:23-cv-00507-TES-CHW

**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT FEES**

Based upon Plaintiff's Unopposed Motion for an Award of EAJA Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. §2412(d),

IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of $13,082.33, subject to any federal debt owed by the Plaintiff.

If the Department of the Treasury determines that Plaintiff does not owe a federal debt, the government shall cause the payment of fees be made directly to Eddy Pierre Pierre and/or Pierre Pierre Law, P.C., pursuant to the Assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

Dated: June 12, 2025

_____
Honorable Judge Tilman E. Self, III
United States District Judge