IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GLADYS CROSS CAINES on behalf of JUVYION LEE CAINES, | * |
| | * |
| Plaintiff, | Case No. 5:23-cv-00507-TES-CHW |
| v. | * |
| COMMISSIONER OF SOCIAL SECURITY, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed June 5, 2025, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $13,082.33 .

This 12th day of June, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk